IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

## UNCLAIMED FUNDS IN CHAPTER 13 CASES

    Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, name and address of the entity entitled to unclaimed funds in the referenced case.

Case #:  07-51426
Debtor(s) Name:  JACKIE LEE MCMURRAY /

Unclaimed Funds Check #:  930483
Date Unclaimed Funds check issued:  February 18, 2009

**Amount remitted to Unclaimed Funds - case # 07-51426:**  $2,475.00
Claim Number:  N/A
Court Claim Number:  Debtor Refund

Debtor Name and Address:

JACKIE LEE MCMURRAY \
1021 RANSOME LANE
KINGSPORT, TN 37660

                /s/ Gwendolyn M. Kerney
                GWENDOLYN M. KERNEY, #07280
                Chapter 13 Trustee
                P O Box 228
                Knoxville, TN. 37901
                (865) 524-4995